**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| DANIEL B. HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 3:04-cv-0189-RLY-WGH |
| | ) | |
| DEACONESS HOSPITAL, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**E N T R Y**

The plaintiff's motion to expunge or seal court records filed on November 30, 2005, is **denied.** The reasons for this ruling are the following:

Keeping court records under seal runs counter to the presumption that court records are public. "The tradition that litigation is open to the public is of very long standing." *Union Oil Co. of California v. Leavell*, 220 F.3d 562-567-568 (7th Cir. 2000) (*citing Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597-99 (1978)); *In re Reporters Committee for Freedom of the Press*, 773 F.2d 1325, 1331-33 (D.C.Cir. 1985).  The Seventh Circuit went on to state in *Union Oil*:

> Judicial proceedings are public rather than private property, and the third-party effects that justify the subsidy of the judicial system also justify making records and decisions as open as possible. What happens in the halls of government is presumptively public business. Judges deliberate in private but issue public decisions after public arguments based on public records. The political branches of government claim legitimacy by election, judges by reason. Any step that withdraws an element of the judicial process from public view makes the ensuing decision look more like fiat, which requires compelling justification.

*Union Oil* at 568 (citations omitted).

Although the plaintiff's motion to expunge or seal is somewhat conclusory, there is nothing in that motion, nor in the subject matter or the content of the pleadings or other filings in this case which remotely suggests that sealing the records in this action would be justified. As to the alternative request that the records be expunged, to grant that relief would entail the complete eradication of the lawsuit, and the plaintiff's motion does not suggest that this is actually what he seeks.

**IT IS SO ORDERED.**

Date: 12/02/2005

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

William E. Statham
STATHAM ALLEGA JESSEN & RUDISILL
saj@evansville.net

DANIEL B. HUDSON
P.O. BOX 1390
BENSON, AZ 85602-1390